DISPOSITION OF PETITIONS FOR CERTIORARI TO THE COURT OF APPEALS

STATE v. HUTCHISON

No. 190 PC.

Case below: 26 N.C. App. 290.

Petition for writ of certiorari to North Carolina Court of Appeals denied 25 August 1975.

STATE v. JOHNSON

No. 142 PC.

Case below: 25 N.C. App. 630.

Petition for writ of certiorari to North Carolina Court of Appeals denied 25 August 1975.

STATE v. JONES

No. 7 PC.

Case below: 26 N.C. App. 467.

Petition for writ of certiorari to North Carolina Court of Appeals denied 25 August 1975.

STATE v. JORDAN

No. 29.

Case below: 25 N.C. App. 481.

Motion of Attorney General to dismiss appeal for lack of substantial constitutional question allowed 25 August 1975.

STATE v. JOYNER

No. 24 PC.

Case below: 26 N.C. App. 447.

Petition for writ of certiorari to North Carolina Court of Appeals denied 2 September 1975.